# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| KENNETH PHILLIPS | CASE NUMBER: 3:00-cr-364(S1)-J-25HS |
| | USM NUMBER: 25349-018 |
| | Defendant's Attorney: Lisa Call, Esq. (pda) |

**THE DEFENDANT:**

__X__ Defendant admitted guilt to violation of Allegation number(s) __1-6__ of the terms of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Excessive use of alcohol in violation of the Special Condition | May 28, 2008 |
| Two | Failure to report to a Residential Re-entry Center in violation of the Special Condition | May 27, 2008 |
| Three | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition | May 29, 2008 |
| Four | Failure to comply with the Home Detention Program in violation of the Special Condition | April 2, 2008 |
| Five | Failure to comply with the Home Detention Program in violation of the Special Condition | April 2, 2008 |
| Six | Failure to comply with the Home Detention Program in violation of the Special Condition | April 2, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant's terms of supervised release are hereby revoked.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: July 17, 2008

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: July __21__, 2008


AO 245B (Rev 06/05) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | KENNETH PHILLIPS | Judgment - Page 2 of 2 |
| Case No.: | 3:00-cr-364(S1)-J-25HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **eight (8) months**.

X    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X    The defendant shall cooperate in the collection of DNA as directed by the probation officer

___ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.
___ The defendant shall surrender to the United States Marshal for this district.

  ___ at ___ a.m./p.m. on ___.
  ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  before 2 p.m. on   .
  ___ as notified by the United States Marshal.
  ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____
_____
_____

Defendant delivered on _____ to _____
_____ at _____, with a certified copy of this judgment.

_____
United States Marshal

By:_____
Deputy Marshal